No. 31. EL PUEBLO *v.* HERNÁNDEZ. Apelación procedente de la Corte de Distrito de Ponce. Resuelto en octubre 9, 1905. Desestimada la apelación, á moción del Fiscal, por no estar debidamente

autenticada la transcripción de autos. Abogado del promovente: *Sr. Rossy, Fiscal.*